UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UDE ONUOHA,<br><br>      Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>      Defendants. | 23-CV-07489 (LJL)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference in this case is scheduled for Thursday, March 14, 2024. As per my Order on January 26, 2024, ex-parte settlement letters were due yesterday by 5 P.M. The parties have not complied. I am sua sponte extending the March 7, 2024 deadline nunc pro tunc until 9 AM on **March 11, 2024**.

DATED: March 8, 2024
     New York, NY

                   SO ORDERED.

                   **ROBYN F. TARNOFSKY**
                   United States Magistrate Judge