UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UDE ONUOHA,<br><br>                        Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK, ET AL.,<br><br>                      Defendants. | 23-CV-07489 (LJL)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference is scheduled for **Tuesday, May 7, 2024 at 2:00 p.m.** to be held through video conference. The Courtroom Deputy will email the link to counsel. The parties are instructed to provide an updated Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, April 30, 2024, at 5:00 p.m**.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  April 8, 2024                              SO ORDERED.
              New York, NY

                                                        **ROBYN F. TARNOFSKY**
                                                         United States Magistrate Judge