UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ude Onuoha, | 23-CV-07489 (LJL)(RFT) |
| Plaintiff, | **ORDER** |
| -against- | |
| The City of New York, et al., | |
| Defendants. | |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Application granted, insofar as the original Order at ECF 14 has been substituted with a version of the Order that removes reference to the specifics of counsel's illness.

The Clerk of Court is respectfully requested to terminate ECF 18.

DATED:  April 12, 2024
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge