UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UDE ONUOHA

                Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

               Defendants.

23-cv-7489 (LJL)
**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On April 8, 2024, I issued an order scheduling a second settlement conference in this personal injury action for May 7, 2024, with updated ex parte submissions due by April 30, 2024. (*See* ECF 16.) Plaintiff did not make his required ex parte submission. Instead, around 5:00 PM on April 30, Plaintiff's counsel, Gary Rawlins, filed a letter-motion to adjourn the settlement conference sine die because "the plaintiff is scheduled for surgery to repair the torn tendons in his ankle."

      Filing the letter-motion to adjourn did not relieve Mr. Rawlins of the obligation to make Plaintiff's ex parte submission, and so the failure to make that submission is a violation of an order of this Court. Additionally, Mr. Rawlins has not explained why he could not have requested an adjournment sooner than after-hours on the day the ex parte submissions were due; as a result of Mr. Rawlins' delay, Defendants prepared and submitted their ex parte submission. And Mr. Rawlins fails to explain why he needs an adjournment sine die, as opposed to until a specific future date. Mr. Rawlins is ORDERED, **by 5:00 PM on Friday, May 3, 2024** to make the required ex parte settlement submission for Plaintiff as well as to file on the docket a letter providing the explanations that the letter-motion to adjourn failed to include (why an adjournment was not requested sooner and why the adjournment should be sine die). After I have reviewed those submissions, I will determine whether the settlement conference shall proceed as scheduled on May 7, 2024.

**Absent an order adjourning the scheduled settlement conference, the parties and their counsel are expected to attend the settlement conference, which will be held on Zoom.**

I note that this is not the first time I have had to address Mr. Rawlins' violation of a scheduling order. I previously issued an order sanctioning Mr. Rawlins for failing to appear at a settlement conference scheduled for March 14, 2024 without informing the Court or opposing counsel in advance that he would not be there. (*See* ECF 14.) While I later vacated the sanctions order in response to Mr. Rawlins' reconsideration request (ECF 17), I explained that no showing of bad faith is required to impose sanctions under Rule 16(f)(1) and warned that I expected full compliance with all future orders. (*See* ECF 21.) I reiterate my warning to Mr. Rawlins that he needs to comply fully with all future orders, on pain of sanctions.

DATED:     May 1, 2024
           New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge