United States District Court
Southern District of New York
-------------------------------------------------X       23-CV-07489 (LJL)(RFT)
    UDE ONUOHA,

              Plaintiff,
                                            Letter Motion for Adjournment
    -against-                                        of Settlement Conference


    THE CITY OF NEW YORK, ET. AL.

              Defendants.
-------------------------------------------------X

Your Honor:

    Plaintiff respectfully requests an adjournment of the settlement conference *sine die* as the plaintiff is scheduled for surgery to repair the torn tendons in his ankle.

    On April 30, 2024, this office became aware that Mr. Onouha is having surgery and that he requires clearance and blood testing before the surgery is scheduled.

    Given that the dates of the testing and surgery are currently unknown and given the time necessary for his recuperation and physical therapy, I respectfully submitted a motion to adjourn without a date to allow the plaintiff to follow up with his doctor.


    Dated: May 3, 2024
              Brewster, New York

---

The settlement conference scheduled for May 7, 2024 is rescheduled to **June 10, 2024 at 2 PM**, to be held virtually. The Courtroom Deputy will email the video conference link. The parties shall submit updated ex parte settlement positions by **June 3, 2024**. Plaintiff's submission shall include an update on the status of his surgery.

The Court of Clerk is respectfully requested to terminate ECF 22 and ECF 24.

SO ORDERED

Date: May 6, 2024
New York, NY

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

Gary N. Rawlins
Attorney for Plaintiff
Mr. Ude Onuoha